IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KARL LOCH,<br><br>                Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF ILLINOIS,<br><br>                Defendant. | CV 17-35-BLG-SPW-TJC<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO ATTEND PRELIMINARY PRETRIAL CONFERENCE BY TELEPHONE** |

Defendant Safeco Insurance Company of Illinois ("Defendant") has filed an unopposed motion for leave to attend the Preliminary Pretrial Conference by telephone. (Doc. 11.) Good cause appearing, IT IS HEREBY ORDERED that Defendant's motion is GRANTED.

Defendant's counsel may appear by telephone at the May 23, 2017 Preliminary Pretrial Conference. Counsel shall follow the below steps to participate in the Conference:

    1.     Dial 1-877-848-7030
    2.     Enter Access Code 5492555 #
    3.     Press #

DATED this 9th day of May, 2017.

                                                               _____
                                                               TIMOTHY J. CAVAN
                                                               United States Magistrate Judge