

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KARL LOCH, | CV 17-35-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| SAFECO INSURANCE COMPANY OF ILLINOIS, | |
| Defendant. | |

Upon the Stipulation for Dismissal with Prejudice (Doc. 20) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED with prejudice** as fully and finally settled on the merits, with each party to bear their own costs and attorney's fees.

DATED this 12th day of October, 2017.

SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1